JWV/JMO: JAN. 2015
GJ# 25

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **MICHAEL BRYANT** | ) |

# <u>INDICTMENT</u>

**<u>COUNT ONE</u> : [18 U.S.C. § 922(g)(1)]**

The Grand Jury charges that:

On or about the 30th day of March, 2014, in Jefferson County, within the Northern District of Alabama, the defendant,

**MICHAEL BRYANT,**

after having been convicted on September 14, 2007, in the United States District Court for the Eastern District of Missouri, of the offense of Conspiracy to Possess a Firearm by a Felon, in case number 2:11-cr-459-CLS, the said offense being a crime punishable by a term of imprisonment exceeding one year, did knowingly

possess in and affecting commerce a firearm, that is, a Kel-Tec 9mm pistol, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

/s/ Electronic Signature

FOREMAN OF THE GRAND JURY

JOYCE WHITE VANCE
United States Attorney

 /s/ Electronic Signature

JOSEPH P. MONTMINY
Assistant United States Attorney