IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No: 2:14-CR-409-MHH-SGC |
| | ) | |
| MICHAEL BRYANT | ) | |

### NOTICE OF APPEARANCE

COMES NOW, undersigned counsel, Glennon F. Threatt, Assistant Federal Public Defender for the Northern District of Alabama, and enters his notice on behalf of Defendant, Michael Bryant, in the above-styled case.

This 18th day of October, 2017.

Respectfully submitted,

KEVIN L. BUTLER
Federal Defender

**/s/Glennon F. Threatt**
Glennon F. Threatt
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
205-208-7170
Glennon_Threatt@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

**/s/Glennon F. Threatt**