Case 2:14-cr-00409-MHH-SGC   Document 34   Filed 11/03/17   Page 1 of 1

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

FILED
2017 Nov-03 AM 11:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## Northern District of Alabama

UNITED STATES OF AMERICA

    v.                                      Case Number 2:14-CR-00409-MHH-SGC (001)

MICHAEL BRYANT
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, MICHAEL BRYANT, was represented by Glennon F. Threatt, Jr.

It appearing that the defendant in the above styled cause has violated the terms of supervised release, it is hereby **ORDERED** that supervised release be **REVOKED**. As pronounced on November 2, 2017, the defendant shall be committed to the custody of the United States Bureau of Prisons for a term of **12 months**. This term of imprisonment shall be followed by supervised release for a term of **12 months**, under the same conditions and special conditions previously imposed. (Doc. 25).

The defendant is remanded to custody of the United States Marshal.

Signed this the 3rd day of November, 2017.

*/s/ Madeline H. Haikala*
MADELINE HUGHES HAIKALA
U.S. DISTRICT JUDGE