Case 2:14-cr-00409-MHH-SGC  Document 35  Filed 02/23/18  Page 1 of 1
Case 2:14-cr-00409-MHH-SGC  Document 25  Filed 01/15  Page 2 of 5

FILED
2018 Feb-23 AM 09:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 5

Defendant: MICHAEL BRYANT
Case Number: CR 14-MHH-409-S

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 27 months as to Count One.

The Court makes the following recommendations to the Bureau of Prisons:

1. The defendant be placed in a facility as close to Bessemer, Al where he can participate in vocational training and participate in a drug treatment program.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on __2/1/18__ to __MCK__ at __Pine hurst, Ky__
_____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal